# United States District Court
## *Southern District of Georgia*

J.C. Goldstein Investments, LLC,
and Braemer Road, LLC
_____

Plaintiff

Case No.   4:19-cv-00345-WTM-CLR

**v.**

CSX Transportation, Inc.
_____

Defendant

Appearing on behalf of

CSX Transportation, Inc.
_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of January, 2020 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | R. Patrick Dover |
| Business Address: | McGuirewoods, LLP |
| | Firm/Business Name |
| | 50 N. Laura Street, Suite 3300 |
| | Street Address |

| | Jacksonville | FL | 32202 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 904.798.3200 | | 752836 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

| | |
|---|---|
| Email Address: | pdover@mcguirewoods.com |