# United States District Court
## Southern District of Georgia

J.C. Goldstein Investments, LLC,

_____
Plaintiff

v. CSX Transportation, Inc.

_____
Defendant

Case No. 4:19-cv-00345-WTM-CLR

Appearing on behalf of
J.C. Goldstein Investments, LLC
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __23rd__ day of __January__, __2020__.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Christopher M. Porterfield |
| Business Address: | Diment Porterfield LLP |
| | Firm/Business Name |
| | 412 Adamson Square |
| | Street Address |
| | Carrollton     GA     30117 |
| | Street Address (con't)     City     State     Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2     City     State     Zip |
| | 770-838-0100          140995 |
| | Telephone Number (w/ area code)     Georgia Bar Number |
| Email Address: | cporterfield@diment.law |